**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01679-LTB-PAC

RUTH D. BOSCH,
BLAINE K. FRANGAS, and
BARBARA J.T. FRANGAS,
       Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO. W. OLINGER, INC., and also formerly known as THE OLINGER CORPORATION;

R.M. CRANE;
E.B. DILL; and
C.T. FLYNN, as the last acting members of the board of directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation;

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATES OF COLORADO, a body politic and corporate;

STATE OF COLORADO;
UNITED STATES OF AMERICA; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION,
       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant United States of America's Unopposed Motion to Stay Proceedings Until November 15, 2005 (Doc 5 - filed September 30, 2005) is **GRANTED**.



Dated:  October 3, 2005
_____