**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   05-CV-01679-LTB-PAC

RUTH D. BOSCH,
BLAINE K. FRANGAS, and
BARBARA J. T. FRANGAS,

     Plaintiffs,

v.

ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation, formerly known as GEO. W. OLINGER, INC., and also formerly known as THE OLINGER CORPORATION,

R.M. CRANE,
E.B. DILL. and
C.T. FLYNN, as the last acting members of the board of directors of ASSOCIATED INDUSTRIES, INC., a defunct and inoperative Colorado corporation,

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate,

STATE OF COLORADO,

UNITED STATES OF AMERICA, and

ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE REAL PROPERTY WHICH IS THE SUBJECT MATTER OF THIS ACTION.

     Defendants.

**ORDER REMANDING CASE TO STATE COURT
[I.E. TO JEFFERSON COUNTY, COLORADO, DISTRICT COURT]**

Upon the unopposed Motion of Plaintiffs RUTH D. BOSCH, BLAINE K. FRANGAS and BARBARA J. T. FRANGAS, by and through counsel HATHORNE A. "HAP" BURNHAM  for

an order remanding this case to the state court [i.e. to Jefferson County, Colorado, District Court, as Case Number 05 CV 1818] where it originated, the Court finds that good cause exists therefor and hence ORDERS that this case be remanded to the state court where it originated. [i.e. to Jefferson County, Colorado, District Court, 100 Jefferson County Parkway, Golden, Colorado 80401-6002, as Case Number 05 CV 1818 therein].

SO ORDERED November __18__, 2005.


   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge